**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

No. 1:26-cr-00463-ABD

**United States of America,**

v.

**Jorge Ricardo Perez-Perez.**

## ORDER ACCEPTING PLEA

The Court has reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed October 13, 2026, wherein the defendant Jorge Ricardo Perez-Perez waived appearance before this Court and appeared before United States Magistrate Judge Susan Hightower for the taking of a felony plea and Rule 11 Fed. R. Crim. P., allocution. The Magistrate Judge recommends that the guilty plea be accepted. Defendant has not filed or otherwise indicated any opposition to the Report and Recommendation. The Court accordingly enters the following order:

ORDERED: The defendant Jorge Ricardo Perez-Perez' plea of guilty to Count One (1) is accepted.

*So ordered by the Court on October 30, 2026.*

ANDREW DAVIS
United States District Judge